**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

| | |
|---|---|
| **AMERICAN DELI INTERNATIONAL, INC.** | **PLAINTIFF** |
| **V.** | **NO. 1:26-CV-170-DMB-DAS** |
| **LI GUO CHEN** | **DEFENDANT** |

## RECUSAL ORDER

The undersigned district judge recuses from this case. The Clerk of the Court is directed to reassign this case to another district court judge.

**SO ORDERED**, this 25th day of August, 2026.

**/s/Debra M. Brown**
**UNITED STATES DISTRICT JUDGE**